

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

**NOV 1 7 2011**

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HYDRO-QUÉBEC,                          §
                                       §
        Plaintiff,                     §
                                       §     Civil Action No. 3:11-CV-1217 B
v.                                     §
                                       §     **Jury Trial Demanded**
A123 SYSTEMS, INC. VALENCE             §
TECHNOLOGY, INC., SEGWAY, INC.,        §
and TEXAS SEG, LLC,                    §
                                       §
                                       §
        Defendants.                    §

**ORDER TO DISMISS CLAIMS AGAINST A123 SYSTEMS, INC. AND
COUNTERCLAIMS OF A123 SYSTEMS, INC.**

On this day, the Motion to Dismiss Claims Against A123 Systems, Inc. ("A123") and

Counterclaims of A123 Systems, Inc., filed by Hydro-Québec ("HQ") and A123, came on for

consideration, and the Court, being of the opinion that the motion is meritorious, hereby

ORDERS that the Motion to Dismiss Claims Against A123 Systems, Inc. is hereby

granted and that:

All claims by Plaintiffs against Defendant A123 that have accrued as of December 31,

2011 are hereby dismissed with prejudice and without costs.

A123 has not sustained its burden of proving by clear and convincing evidence the

invalidity of any claims of United States Patent No. 7,955,733 or of United States Patent No.

7,960,058. Accordingly, all claims in United States Patent No. 7,955,733 or of United States

Patent No. 7,960,058 remain presumptively valid and enforceable.

HQ and A123 waive their right to appeal or otherwise seek relief from the order, which shall be final and binding upon the parties and shall finally resolve all claims in this action between HQ and A123.

**SO ORDERED.**

**DATED:** November ___, 2011

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE