FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(AUSTIN DIVISION)

2012 JUN 12  PM 3: 09

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                                    DEPUTY

| | | |
|---|---|---|
| HYDRO-QUÉBEC and THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 1:06-CA-111 SS |
| v. | § § | JURY TRIAL DEMANDED |
| VALENCE TECHNOLOGY, INC., | § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| HYDRO-QUÉBEC, | § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 1:12-CA-00242 SS |
| A123 SYSTEMS, INC., VALENCE TECHNOLOGY, INC., SEGWAY, INC., and TEXAS SEG, LLC | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

Before the Court is the Agreed Motion to Dismiss, filed by Plaintiffs, The Board of Regents of the University of Texas System ("UT"), Hydro-Québec ("HQ"), Defendant and Counter-Plaintiff Valence Technology, Inc. ("Valence"), Defendants Segway, Inc. ("Segway") and Texas Seg, LLC ("Texas Seg"), and Third-Party Counter-Defendant Phostech Lithium Inc. ("Phostech") (collectively, the "Parties"). Having considered the Motion, and in light of the fact the dismissal has been urged by all parties to this action, the Court is of the opinion that the motion should be and is hereby **GRANTED**. Accordingly, the Court further **ORDERS** as

follows:

All claims by Plaintiffs against Defendants Valence, Segway, and/or Texas Seg that have accrued as of June 6, 2012 (including, but not limited to, all claims that may relate to products not received directly or indirectly by Segway and/or Texas Seg from Valence), are hereby **DISMISSED** with prejudice and without costs.

All counterclaims by Defendants Valence, Segway, and/or Texas Seg against Plaintiffs in the above-referenced cases that have accrued as of June 6, 2012 are hereby **DISMISSED** with prejudice and without costs.

All counterclaims by Defendant Valence against Phostech are hereby **DISMISSED** with prejudice and without costs.

All unserved counterclaims by Defendant Valence against Phostech and its parent companies SudChemie AG and Clariant AG are hereby **DISMISSED** with prejudice and without costs.

To clarify, any and all claims, counterclaims, and/or affirmative defenses asserted by any party in connection with either of these pending cases are hereby fully and finally **DISMISSED**, with prejudice and without costs.

Each party to this action shall bear its own attorneys fees and costs.

**SO ORDERED.**

**DATED:** June *12th*, 2012

THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE